IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA<br><br>    Plaintiff,<br><br>vs.<br><br>Carl Anthony Mangiameli<br><br>    Defendant. | Case No. 4:16CR3133<br><br>Order |

Before the Court is the request for transcript of hearing held on May 24, 2017

IT IS ORDERED:

1. The request for transcript, filing [44] is granted.

2. Carl Anthony Mangiameli, is advised that the cost of the transcript is $ 193.60 To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $193.60, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on 05/24/2017 A copy of this order should also be mailed to Carl Anthony Mangiameli.

DATED: September 10, 2025

              BY THE COURT

              s/ Robert F. Rossiter, Jr.
              United States District Judge